20718.   CARL S. STRICKLAND COMPANY *et al. v.* UNION BANKING COMPANY.

BELL, J.   This case controlled by the decision in *Strickland* v. *Union Banking Co.,* ante.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*